1  LAW OFFICE OF RANDY RUMPH
   Randy Rumph, Esq. , State Bar No. 232235
2  218 H Street
   Bakersfield, California  93304
3  Telephone:   (661) 322-4600
   Facsimile:   (661) 322-8478
4
   Attorneys for Plaintiff
5  SANDY LANGE

6  MANATT, PHELPS & PHILLIPS, LLP
   MANDANA MASSOUMI, State Bar No. 191359
7  MMassoumi@manatt.com
   MATTHEW B. GOLPER, State Bar No. 275979
8  MGolper@manatt.com
   695 Town Center Drive, 14th Floor
9  Costa Mesa, California  92626-1924
   Telephone:   (714) 371-2500
10 Facsimile:   (714) 371-2550

11 Attorneys for Defendant
   TARGET CORPORATION
12

13

14                    UNITED STATES DISTRICT COURT

15

16                    EASTERN DISTRICT OF CALIFORNIA

17  SANDY LANGE                        **CASE NO:  1:17-CV-01131-LJO-JLT**

18              Plaintiff,             **[~~PROPOSED~~] ORDER ON STIPULATED
                                       PROTECTIVE ORDER**
19        v.
                                       (Doc. 9)
20  TARGET CORPORATION, et al.
                Defendants.
21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2      Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by Plaintiff Sandy

3 Lange and Defendant Target Corporation, filed with this Court on December 29, 2017 the Court

4 rules as follows:

5      1.     The stipulated protective order is **GRANTED in PART**;

6      2.     The protective order **does not** entitle the parties to file or lodge documents under

7 seal.  Rather, the parties **SHALL** comply with Local Rule 141.  Thus, paragraph V.2. of the

8 stipulation is deleted and, instead, Local Rule 141 SHALL guide the parties as to how to seek

9 authorization to file documents under seal.  Likewise, the parties SHALL first obtain permission

10 to lodge evidence with the Court *before* delivering it to the Court.

11

12 IT IS SO ORDERED.

13      Dated:   **January 2, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28